**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 182 MAL 2014
:
            Respondent  : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v.  :
:
:
:
MARK ANTHONY BRIGHTER, JR.,  :
:
            Petitioner  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.